IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHI HOTEL GROUP LLC,**<br>**Plaintiff,**<br><br>**v.**<br><br>**STATE AUTOMOBILE MUTUAL**<br>**INSURANCE COMPANY,**<br>**Defendant.** | **CASE NO.: 2:25-cv-3116** |

## NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
    FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Defendant, State Automobile Mutual Insurance Company ("Defendant"), by and through its undersigned counsel, Horst Krekstein & Runyon LLC, hereby files this Notice of Removal of the above-captioned matter from The Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania, and, in support thereof, avers as follows:

1.      On or about May 1, 2025, Plaintiff commenced this litigation by filing a Complaint in The Court of Common Pleas of Philadelphia County, Pennsylvania and docketed at May Term, 2025, No. 00063.

2.      Defendant first received a copy of the Complaint through service of the Complaint on May 20, 2025. A true and correct copy of the Complaint with exhibit is attached hereto as Exhibit "A".

3.      The United States District Courts hold original jurisdiction over, *inter alia*, all civil actions where the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and which are between citizens of different states. 28 U.S.C. § 1332(a)(1).

4.      Any civil action brought in a state court over which the District Courts of the United States have original jurisdiction may be removed by the defendant to the District Court for the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a).

5.      Defendant seeks to exercise its rights under the provisions of 28 U.S.C. § 1441, *et seq.*, to remove this action from The Cout of Common Pleas of Philadelphia County, Pennsylvania, in which said action is now pending, to the United States District Court for the Eastern District of Pennsylvania, which embraces Philadelphia County.

6.      The Complaint alleges a breach of contract cause of action against Defendant and demands damages in an amount in excess of $50,000. *See* Exhibit "A", Complaint.

7.      Plaintiff alleges suffering direct physical loss and damage to its property. *See* Exhibit "A", Complaint, ¶ 4.

8.      During the claim, Plaintiff submitted proposals of repair in the amount of $416,238.00 and a business income claim of $170,000.00.

9.      The amount in controversy exceeds $75,000, exclusive of interest and costs.

10.     At the time the Complaint was filed, and continuing to the present, Plaintiff, Joshi Hotel Group LLC, is a limited liability company organized under the laws of the Commonwealth of Pennsylvania.

11.     At the time the Complaint was filed, and continuing to the present, all the individual members of Joshi Hotel Group LLC are citizens of the Commonwealth of Pennsylvania.

12.     The members of Joshi Hotel Group LLC are Vikas Joshi and Haresh Joshi who, at all times relevant, are each citizens of the Commonwealth of Pennsylvania.

13.     Since all the members of Plaintiff, Joshi Hotel Group LLC, are citizens of Pennsylvania, Joshi Hotel Group LLC is a citizen of the Commonwealth of Pennsylvania.

14.     At the time the Complaint was filed and continuing to the present, Defendant has been an insurance company organized and existing under the laws of the State of Ohio with its principal place of business located at 175 Berkeley Street, Boston, Massachusetts.

15.     Pursuant to 28 U.S.C. § 1332(c)(1), Defendant is a citizen of Ohio.

16.     No Plaintiff nor member of Plaintiff is a citizen of Ohio or Massachusetts.

17.     Plaintiff and Defendant are, therefore, citizens of different states under 28 U.S.C. § 1332(a)(1).

18.     This action is removable from The Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1332(a)(1) and 28 U.S.C. § 1441(a) because the citizenship of the parties is diverse and the amount in controversy, exclusive of interest and costs, is in excess of $75,000.

19.     This Notice of Removal has been filed within thirty (30) days after the receipt by Defendant of the Complaint, pursuant to 28 U.S.C. § 1446(b).

20.     Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings, filings and orders served on or by Defendant in the above-captioned litigation are attached hereto as Exhibit "B".

21.     Written notice of the filing of this Notice of Removal will be sent forthwith to counsel of record for Plaintiff, Connor Finucane.

22.     A true and correct copy of this Notice of Removal will be filed with the Prothonotary for Philadelphia County, Pennsylvania.

23.     The undersigned represents Defendant, who consents to this removal.

24.     There are no other defendants whose consent must be obtained relative to the same.

3

**WHEREFORE**, for the reasons set forth above, Defendant, State Automobile Mutual Insurance Company, hereby removes this action from The Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**HORST KREKSTEIN & RUNYON LLC**

Dated: June 18, 2025                    By:    */s/Joseph Acquaviva*
Joseph Acquaviva, Esquire
PA 204456
610 West Germantown Pike, Suite 350
Plymouth Meeting, PA 19462
484-243-6878
484-351-8214 (fax)
jacquaviva@hkr.law

Attorneys For Defendant,
State Automobile Mutual Insurance Company

4