# Exhibit "A"

**WHEELER, DIULIO & BARNABEI, P.C.**
BY: Connor Finucane, Esquire
Attorney I.D. No.: 331008
1650 Arch Street
Suite 2200
Philadelphia, PA  19103
Phone: (215) 971-1000
Email: cfinucane @ wdblegal.com

MAJOR CASE
JURY TRIAL DEMANDED



| | |
|---|---|
| JOSHI HOTEL GROUP LLC<br>985 N 38th St Suite 102<br>Allentown, PA 18104<br><br>vs.<br><br>STATE AUTOMOBILE MUTUAL<br>INSURANCE COMPANY<br>518 East Broad Street<br>Columbus, OH 43215 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br>DOCKET NO. |

## CIVIL ACTION COMPLAINT (1C - Contract)

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the Claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral Service
1101 Market St., 11th Floor
Philadelphia, PA 19107-2911
Telephone: 215-238-6333
Fax: 215-238-1159

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215) 238-6333

Case ID: 250500063

**WHEELER, DIULIO & BARNABEI, P.C.**
BY: Connor Finucane, Esquire                                    Attorney for Plaintiff
Attorney I.D. No.: 331008
1650 Arch Street
Suite 2200
Philadelphia, PA 19103
Phone: (215) 971-1000
Email: cfinucane@wdblegal.com

| | |
|---|---|
| JOSHI HOTEL GROUP LLC<br>985 N 38th St Suite 102<br>Allentown, PA 18104<br><br>vs.<br><br>STATE AUTOMOBILE MUTUAL<br>INSURANCE COMPANY<br>518 East Broad Street<br>Columbus, OH 43215 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>DOCKET NO. |

## CIVIL ACTION COMPLAINT (1C - Contract)

1.     Plaintiff, Joshi Hotel Group LLC (hereinafter referred to as "Plaintiff"), is a business operating at the address set forth above.

2.     Defendant, State Automobile Mutual Insurance Company, is a corporation duly organized and existing which is authorized to conduct business as an insurance company within the Commonwealth of Pennsylvania and maintains a place of business for that purpose at the address set forth above and regularly issues policies of insurance within the City and County of Philadelphia.

3.     Defendant, in its regular course of business, issued to Plaintiff a policy of insurance ("the Policy") covering Plaintiff's property located at 3712 Hamilton Blvd, Allentown, PA 18103 ("the Property"). A true and correct copy of the declarations page of said policy is attached hereto and incorporated herein as Exhibit "A."

Case ID: 250500063

4.    On or about 4/24/2024, while the Policy was in full force and effect, Plaintiff suffered direct physical loss and damage to the insured Property believed to be the result of a peril insured against under the Policy.

5.    Notice of this covered loss was given to Defendant in a prompt and timely manner, and Plaintiff, at all relevant times, fully complied with all of the terms and conditions required by the Policy.

6.    Defendant, despite demand for benefits under the Policy, has refused, without legal justification or cause, and continues to refuse, to pay to Plaintiff monies owed for the damages suffered as a result of the Loss.

7.    Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the Policy, Plaintiff has suffered loss and damage in an amount in excess of $50,000.00.

## COUNT I
### In Assumpsit - Breach of Contract

8.    Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

9.    Defendant is obligated by the terms of the contract to indemnify Plaintiff's loss.

10.    Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiff's loss, Defendant has not paid to Plaintiff all of the policy benefits to which Plaintiff is entitled under the Policy and has refused to provide funds sufficient to bring Plaintiff's property to pre-loss condition.

11.    Defendant's denial of coverage was made without a reasonable basis in fact.

12.    Defendant's refusal to indemnify Plaintiff's loss constitutes a breach of the insurance contract.

Case ID: 250500063

WHEREFORE, Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00 together with interest and court costs.

WHEELER DIULIO & BARNABEI, P.C.


BY:　　*/s/ Connor Finucane*
　　　　CONNOR FINUCANE, ESQUIRE
　　　　Attorney for Plaintiff

Dated: May 1, 2025

## VERIFICATION

I, Connor Finucane, counsel for Plaintiff, verify that the statements contained in the foregoing document are true and correct to the best of my knowledge, information and belief, and are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

WHEELER DIULIO & BARNABEI, P.C.

BY:    /s/ Connor Finucane
       CONNOR FINUCANE, ESQUIRE
       Attorney for Plaintiff

Dated: May 1, 2025

Case ID: 250500063

# Exhibit "A"

Case ID: 250500063

 Insurance Companies

*Miers Insurance, Inc.*
*615 Waterfront Dr Ste 504*
*Allentown, PA 18102*
*(610) 797-7900*



**Commercial Package Policy Declarations**
Amended Declaration

**Named Insured and Mailing Address:**

*JOSHI HOTEL GROUP LLC*
*3712 HAMILTON BLVD SUITE 102*
*ALLENTOWN, PA 18103-4503*

## Total **Policy Premium**

**$652,002.00**

| Policy Number | Policy Period | Coverage is provided by the following State Auto Company |
|---|---|---|
| 10193457CP | 11/06/23 - 11/06/24 | State Automobile Mutual Insurance Company |

*The coverage and these declarations are effective at 12:01 a.m. standard time on 06/19/2024 at the above mailing address.*



*Questions ?*

*Visit us at **StateAuto.com** or call **800-288-4425** for customer service.*

**Contact your independent agent at (610) 797-7900.**

# Reason(s) for Amendment

- Policy Change Premium : *$27.00*

  2011 Container Trailer S/N 600170-0  Value $6,950
  has been added to the Scheduled Property Floater

# Business Information

| Business Type | Business Description | Entity Type |
|---|---|---|
| Hotel/Motel | Hotels and Motels | Corporation - Private |

*This policy consists of coverage parts or policies for which a premium is indicated. This premium may be auditable and subject to adjustment*

*Audit Period: Annual*

*In return for the payment of the premium when due, and subject to all the terms of the policy, we agree with you to provide the insurance as stated by this policy. This premium may be subject to adjustment.*





Policy Number: 10193457CP

# Named Insured(s) and DBA(s)

| Named Insured | Doing Business As |
|---|---|
| 3712 SHREE LLC | COMFORT SUITES |
| 3712 SHREE LLC | FOUR POINTS SHERATON |
| 764 LAXMI LLC | BEST WESTERN |
| 880 GAYATRI CONDOMINIUM | |
| 880 GAYATRI LLC | FAIRFIELD INN |
| DORNEYVILLE MOTOR INN INC | HOWARD JOHNSON INN & SUITES |
| HARESH JOSHI & VIKAS JOSHI PARTNERHIP | HOWARD JOHNSON INN & SUITES |
| HARESH JOSHI & VIKAS JOSHI PARTNERHIP | HOLIDAY INN EXPRESS |
| HARESH JOSHI & VIKAS JOSHI PARTNERHIP | TRU BY HILTON LANCASTER |
| HARI OM HARI LLC | HOLIDAY INN EXPRESS |
| HJ & MK INC MANAGEMENT COMPANY | |
| HJ & MK INC, A PA PARTNERSHIP | |
| HJ & VJ INC | STAYBRIDGE SUITES ALLENTOWN |
| HJ & VJ INC AND HJ & MK INC | JHG HOTEL MANAGEMENT |
| HJ & VJ LLC | |
| HJVJ INC & HJMK INC ETAL | JOSHI HOTELS |
| HOWARD JOHNSON INN & SUITES | |
| JOSHI HOTELS | HILTON GARDEN INN |
| KVH LLC | FAIRFIELD INN |
| KVH22 LLC DBA HAMPTON INN | |
| NABSTONE LLC | |
| NKK LLC | CANDLEWOOD SUITES |
| SHREE-SHAKTI LLC | QUALITY INN |
| SHREE-SHAKTI LLC | KNIGHTS INN |

# Summary Of Coverage Parts

| Coverage Part | Premium | Terrorism Premium | Total Premium |
|---|---|---|---|
| Commercial Property | $641,949.00 | $6,417.00 | $648,366.00 |
| Commercial Inland Marine | $3,600.00 | $36.00 | $3,636.00 |
| Total Premium | $645,549.00 | $6,453.00 | $652,002.00 |



**Insurance Companies**



## Common Policy Forms (Except Inland Marine)

| Number | Edition Date | Name |
|--------|-------------|------|
| IL 00 03 | 09/08 | *Calculation Of Premium* |
| IL 00 17 | 11/98 | *Common Policy Conditions* |
| IL 09 10 | 07/02 | *Pennsylvania Notice* |
| IL 09 85 | 01/15 | *Disclosure Pursuant To Terrorism Risk Insurance Act* |
| IL N 088 | 09/03 | *Pennsylvania Fraud Statement* |
| IL P 001 | 01/04 | *U.S. Treasury Department'S Office Of Foreign Assets Control ("Ofac") Advisory Notice To Policyholders* |
| PN 00 83 | 12/15 | *Policyholder Disclosure  Notice Of Terrorism Insurance Coverage* |
| PN 02 39 | 01/18 | *If You Have A Claim* |
| SI 90 01 | 05/17 | *Common Policy Jacket* |

Issue Date: 07/10/2024

DECOV-CPP (12/18)



Case ID: 250500063

Agency 0002277

 STATE AUTO
Insurance Companies

 Policy Number: 10193457CP

# Commercial Property Declarations

## Location Details

| Location # | Location Address | Location Description |
|---|---|---|
| 1 | 1787A AIRPORT RD, ALLENTOWN, PA 18109-9528 | Staybridge Suites |
| 2 | 1787B AIRPORT RD, ALLENTOWN, PA 18109-9528 | Hilton Garden Inn |
| 3 | 3712 HAMILTON BLVD, ALLENTOWN, PA 18103-4503 | Four Points Sheraton w/ LRO: Linx Restaurant |
| 4 | 3908 OLD STREET RD, BENSALEM, PA 19020-1601 | Candlewood Suites |
| 5 | 2320 LINCOLN HWY E, LANCASTER, PA 17602-1131 | Tru by Hilton |
| 6 | 2055 CHEMICAL RD, PLYMOUTH MEETING, PA 19462-1706 | Hampton Inn |
| 7 | 2011 CITY LINE RD, BETHLEHEM, PA 18017-2125 | Home 2 Suites |
| 8 | 884 KIDDER ST, CITY OF WILKES BARRE, PA 18702-6913 | Fairfield Inn |

## Class Codes

| Class Code | Classification Description |
|---|---|
| 0747 | Hotels and Motels - without restaurant - Over 30 units |
| 0744 | Hotels and Motels - with restaurant - Over 30 Units |
| 0747 | Hotels and Motels - without restaurant - Over 30 units |
| 0747 | Hotels and Motels - without restaurant - Over 30 units |
| 0747 | Hotels and Motels - without restaurant - Over 30 units |
| 0747 | Hotels and Motels - without restaurant - Over 30 units |
| 0747 | Hotels and Motels - without restaurant - Over 30 units |
| 0746 | Hotels and Motels - without restaurant - 11 to 30 units |

## Blanket Summary

| Blanket # | Covered Property | Limit | Cause of Loss | Earthquake Incl | Coinsurance | Premium |
|---|---|---|---|---|---|---|
| 1 | Building Only | $93,261,009 | Special | No | Agreed Value | $554,539.00 |
| 2 | Personal Property Only | $9,776,000 | Special | No | Agreed Value | $54,571.00 |
| 3 | Earthquake And Volcanic Eruption | $15,000,000 | | | | $249.00 |
| | | | | | Total Premium | $609,359.00 |

Issue Date: 07/10/2024

DECOV-CPP (12/18)

 

Case ID: 250500063

Agency 0002277



Insurance Companies



Policy Number : 10193457CP

## Location 1

| Building # | Class Description | Building Description |
|---|---|---|
| 1 | Hotels and Motels - without restaurant - Over 30 units | |

## Location Coverages

| Building # | Coverage | Limit | Deductible | Cause of Loss | Coinsurance | Loss Payment Basis | Premium |
|---|---|---|---|---|---|---|---|
| 1 | Building Limit | Included in Blanket 1 | $10,000 | Blanket Cause of Loss Applies | Included in Blanket 1 | Replacement Cost | $34,120.00 |
| 1 | Earthquake And Volcanic Eruption Endorsement | Included in Blanket 3 | 5% | | | | $29.00 |
| 1 | All Personal Property | Included in Blanket 2 | $10,000 | Blanket Cause of Loss Applies | Included in Blanket 2 | Replacement Cost | $4,869.00 |
| 1 | Earthquake And Volcanic Eruption Endorsement | Included in Blanket 3 | 5% | | | | $0.00 |

Total Premium

## Location 2

| Building # | Class Description | Building Description |
|---|---|---|
| 1 | Hotels and Motels - with restaurant - Over 30 Units | |

## Location Coverages

| Building # | Coverage | Limit | Deductible | Cause of Loss | Coinsurance | Loss Payment Basis | Premium |
|---|---|---|---|---|---|---|---|
| 1 | Building Limit | Included in Blanket 1 | $10,000 | Blanket Cause of Loss Applies | Included in Blanket 1 | Replacement Cost | $22,733.00 |
| 1 | Earthquake And Volcanic Eruption Endorsement | Included in Blanket 3 | 5% | | | | $17.00 |
| 1 | Protective Safeguards | | | | | | $0.00 |
| 1 | All Personal Property | Included in Blanket 2 | $10,000 | Blanket Cause of Loss Applies | Included in Blanket 2 | Replacement Cost | $4,768.00 |
| 1 | Earthquake And Volcanic Eruption Endorsement | Included in Blanket 3 | 5% | | | | $1.00 |

Total Premium    $27,519.00

Issue Date: 07/10/2024
DECOV-CPP (12/18)



Case ID: 250500063
Agency 0002277



**STATE AUTO**
Insurance Companies


Policy Number : 10193457CP

## Location 3

| Building # | Class Description | Building Description |
|---|---|---|
| 1 | Hotels and Motels - without restaurant - Over 30 units | |

### Location Coverages

| Building # | Coverage | Limit | Deductible | Cause of Loss | Coinsurance | Loss Payment Basis | Premium |
|---|---|---|---|---|---|---|---|
| 1 | Building Limit | Included in Blanket 1 | $10,000 | Blanket Cause of Loss Applies | Included in Blanket 1 | Replacement Cost | $46,164.00 |
| 1 | Earthquake And Volcanic Eruption Endorsement | Included in Blanket 3 | 5% | | | | $25.00 |
| 1 | Protective Safeguards | | | | | | $0.00 |
| 1 | All Personal Property | Included in Blanket 2 | $10,000 | Blanket Cause of Loss Applies | Included in Blanket 2 | Replacement Cost | $8,965.00 |
| 1 | Earthquake And Volcanic Eruption Endorsement | Included in Blanket 3 | 5% | | | | $0.00 |


Total Premium    $55,154.00

## Location 4

| Building # | Class Description | Building Description |
|---|---|---|
| 1 | Hotels and Motels - without restaurant - Over 30 units | |

### Location Coverages

| Building # | Coverage | Limit | Deductible | Cause of Loss | Coinsurance | Loss Payment Basis | Premium |
|---|---|---|---|---|---|---|---|
| 1 | Building Limit | Included in Blanket 1 | $10,000 | Blanket Cause of Loss Applies | Included in Blanket 1 | Replacement Cost | $43,506.00 |
| 1 | Earthquake And Volcanic Eruption Endorsement | Included in Blanket 3 | 5% | | | | $16.00 |
| 1 | Protective Safeguards | | | | | | $0.00 |
| 1 | All Personal Property | Included in Blanket 2 | $10,000 | Blanket Cause of Loss Applies | Included in Blanket 2 | Replacement Cost | $5,174.00 |
| 1 | Earthquake And Volcanic Eruption Endorsement | Included in Blanket 3 | 5% | | | | $0.00 |


Total Premium    $48,696.00

Case ID: 250500063

Issue Date: 07/10/2024
DECOV-CPP (12/18)

Agency 0002277

 Insurance Companies

 Policy Number : 10193457CP

## Location 5

| Building # | Class Description | Building Description |
|---|---|---|
| 1 | Hotels and Motels - without restaurant - Over 30 units | |

### Location Coverages

| Building # | Coverage | Limit | Deductible | Cause of Loss | Coinsurance | Loss Payment Basis | Premium |
|---|---|---|---|---|---|---|---|
| 1 | Building Limit | Included in Blanket 1 | $10,000 | Blanket Cause of Loss Applies | Included in Blanket 1 | Replacement Cost | $49,536.00 |
| 1 | Earthquake And Volcanic Eruption Endorsement | Included in Blanket 3 | 5% | | | | $32.00 |
| 1 | Protective Safeguards | | | | | | $0.00 |
| 1 | All Personal Property | Included in Blanket 2 | $10,000 | Blanket Cause of Loss Applies | Included in Blanket 2 | Replacement Cost | $3,317.00 |
| 1 | Earthquake And Volcanic Eruption Endorsement | Included in Blanket 3 | 5% | | | | $0.00 |

 Total Premium

## Location 6

| Building # | Class Description | Building Description |
|---|---|---|
| 1 | Hotels and Motels - without restaurant - Over 30 units | Hampton Inn |

### Location Coverages

| Building # | Coverage | Limit | Deductible | Cause of Loss | Coinsurance | Loss Payment Basis | Premium |
|---|---|---|---|---|---|---|---|
| 1 | Building Limit | Included in Blanket 1 | $10,000 | Blanket Cause of Loss Applies | Included in Blanket 1 | Replacement Cost | $49,549.00 |
| 1 | Earthquake And Volcanic Eruption Endorsement | Included in Blanket 3 | 5% | | | | $67.00 |
| 1 | Protective Safeguards | | | | | | $0.00 |
| 1 | All Personal Property | Included in Blanket 2 | $10,000 | Blanket Cause of Loss Applies | Included in Blanket 2 | Replacement Cost | $7,306.00 |
| 1 | Earthquake And Volcanic Eruption Endorsement | Included in Blanket 3 | 5% | | | | $0.00 |

Total Premium $56,922.00







## Location 7

| Building # | Class Description | Building Description |
|---|---|---|
| 1 | Hotels and Motels - without restaurant - Over 30 units | Home 2 Suites |

## Location Coverages

| Building # | Coverage | Limit | Deductible | Cause of Loss | Coinsurance | Loss Payment Basis | Premium |
|---|---|---|---|---|---|---|---|
| 1 | Building Limit | Included in Blanket 1 | $10,000 | Blanket Cause of Loss Applies | Included in Blanket 1 | Replacement Cost | $252,291.00 |
| 1 | Earthquake And Volcanic Eruption Endorsement | Included in Blanket 3 | 5% | | | | $35.00 |
| 1 | Protective Safeguards | | | | | | $0.00 |
| 1 | All Personal Property | Included in Blanket 2 | $10,000 | Blanket Cause of Loss Applies | Included in Blanket 2 | Replacement Cost | $7,611.00 |
| 1 | Earthquake And Volcanic Eruption Endorsement | Included in Blanket 3 | 5% | | | | $0.00 |

 Total Premium: $259,937.00

## Location 8

| Building # | Class Description | Building Description |
|---|---|---|
| 1 | Hotels and Motels - without restaurant - 11 to 30 units | Fairfield Inn |

## Location Coverages

| Building # | Coverage | Limit | Deductible | Cause of Loss | Coinsurance | Loss Payment Basis | Premium |
|---|---|---|---|---|---|---|---|
| 1 | Building Limit | Included in Blanket 1 | $10,000 | Blanket Cause of Loss Applies | Included in Blanket 1 | Replacement Cost | $56,640.00 |
| 1 | Earthquake And Volcanic Eruption Endorsement | Included in Blanket 3 | 5% | | | | $27.00 |
| 1 | Protective Safeguards | | | | | | $0.00 |
| 1 | All Personal Property | Included in Blanket 2 | $10,000 | Blanket Cause of Loss Applies | Included in Blanket 2 | Replacement Cost | $12,561.00 |
| 1 | Earthquake And Volcanic Eruption Endorsement | Included in Blanket 3 | 5% | | | | $0.00 |

 Total Premium







*Policy Number: 10193457CP*

## Property Coverages

| Coverages | Limit | Limit Basis | Premium |
|---|---|---|---|
| Equipment Breakdown with TechAdvantage | See Schedule | | $10,744.00 |
| | | Total Premium | $10,744.00 |

## tate Auto PEAK Series

## State Auto PEAK Series for Property

| Coverages | Limit | Limit Basis | Premium |
|---|---|---|---|
| State Auto PEAK Series for Property | | | $600.00 |
| **BUILDING AND PERSONAL PROPERTY COVERAGE FORM CHANGES** | | | |
| Accounts Receivable | $100,000 | Per Occurrence | Included |
| Additional Covered Property | $100,000 | | Included |
| Amended Description – Fire Extinguishing Equipment | Included | | Included |
| Amended Description – Premises | 1,000 Feet | | Included |
| Arson & Theft Information Reward | $25,000 | Per Occurrence | Included |
| Appurtenant Structures | $25,000 or 10% of Building Limit whichever is less | Per Location | Included |
| Brands and Labels | Included | | Included |
| Building Exterior Glass Deductible | $500 | | Included |
| Building Limit Automatic Increase (Inflation Guard) | 4% | | $0.00 |
| Business Personal Property – Automatic Increase | 4% | | $0.00 |
| Business Personal Property Limit – Seasonal Automatic Increase | 25% | | Included |
| Business Personal Property – Temporarily in Portable Storage Units | $25,000 | Per Occurrence | Included |
| Claim Data Expense | $10,000 | Per Occurrence | Included |
| Computer Coverage | $250,000 | Per Occurrence | $113.00 |
| Computer Coverage – Worldwide Laptop | $25,000 | Per Occurrence | Included |
| Consequential Damage | $25,000 | Per Occurrence | Included |
| Credit Card Slips | $15,000 | Per Occurrence | Included |
| Debris Removal | $100,000 | Per Occurrence | Included |
| Difference In Value - Leased Equipment | Included | | Included |

Issue Date: 07/10/2024

DECOV-CPP (12/18)



Case ID: 250500063

Agency 0002277

 **STATE AUTO** Insurance Companies

 

| Coverages | Limit | Limit Basis | Premium |
|---|---|---|---|
| Discharge from Sewer, Drain, Sump (not Flood related) - Including Indirect Damage | $25,000 | Per Occurrence | Included |
| Fine Arts | $25,000 | Per Location | Included |
| Fire Department Service Charge | $25,000 | Per Occurrence | Included |
| Fire Extinguisher Recharge | Included | Per Occurrence | Included |
| Leasehold Interest in Improvements And Betterments | Included | | Included |
| Lock & Key Replacement | $5,000 | Per Occurrence | Included |
| Inventory and Appraisal Expense | $10,000 | Per Occurrence | Included |
| Newly Acquired or Constructed Property – Building | $1,000,000 / 90 days | | Included |
| Newly Acquired Property – Business Personal Property | $500,000 / 90 days | | Included |
| Non-Owned Detached Trailers | $25,000 | Per Occurrence | Included |
| Ordinance or Law - A | Building Limit | | Included |
| Ordinance or Law - B & C (Combined Limit) | $500,000 | Per Occurrence | $377.00 |
| Outdoor Property | $25,000 / $1,000 | Per Occurrence/ Per Item | Included |
| Outdoor Signs | $50,000 | Per Occurrence | Included |
| Personal Effects | $50,000 | Per Policy Period | Included |
| Property of Others | $50,000 | Per Occurrence | Included |
| Pollutant Clean Up And Removal | $50,000 | Per Occurrence | Included |
| Property Off Premises | $50,000 | Per Occurrence | Included |
| Storage Of Duplicate Data And Records | $50,000 | Per Occurrence | Included |
| Tenant Lease Obligations – Exterior Building Glass | $25,000 | Per Occurrence | Included |
| Tenant Lease Obligations – Real Property Other Than Exterior Building Glass | $25,000 | Per Location | Included |
| Utility Services – Direct Damage | $100,000 | Per Occurrence | $99.00 |
| Utility Services - Direct Damage - Overhead Lines | Included | | |
| Valuable Papers & Records | $100,000 | Per Occurrence | Included |
| Valuation Provision - Small Losses <5k | Included | | Included |

**CAUSES OF LOSS – SPECIAL FORM CHANGES**

| Coverages | Limit | Limit Basis | Premium |
|---|---|---|---|
| Additional Coverage – Limited Coverage, "Fungus", Wet Rot, Dry Rot and Bacteria | $25,000 | Per Occurrence | Included |
| Property In Transit | $25,000 | Per Occurrence | Included |

 



**Insurance Companies**



Policy Number 10193457CP

| Coverages | Limit | Limit Basis | Premium |
|---|---|---|---|
| **BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM CHANGES** | | | |
| Business Income and Extra Expense | Actual Loss Sustained (12 Months) | Per Occurrence | $19,838.00 |
| Extended Period of Indemnity | 90 | Days | Included |
| Ingress/Egress | $50,000 | Per Occurrence | Included |
| Newly Acquired Locations | $500,000 | Per Occurrence | Included |
| Ordinance or Law – Increased Period of Restoration | Included | | Included |
| Premises Boundary | 1,000 feet | | Included |
| Utility Services - Time Element | $100,000 | Per Occurrence | $292.00 |
| Utility Services - Time Element - Overhead Lines | Included | | |
| | | Total Premium | $21,319.00 |

## State Auto PEAK Series For Crime

| Coverages | Limit | Limit Basis | Premium |
|---|---|---|---|
| State Auto PEAK Series For Crime | | | $100.00 |
| Employee Theft | $25,000 | Per Occurrence | Included |
| Computer and Funds Transfer Fraud | $10,000 | Per Occurrence | Included |
| Forgery or Alteration | $10,000 | Per Occurrence | Included |
| Money and Securities (Inside and Outside) | $10,000 | Per Occurrence | Included |
| Money Orders and Counterfeit Money | $10,000 | Per Occurrence | Included |
| Social Engineering Fraud | $10,000 | Per Occurrence | Included |
| | | Total Premium | $100.00 |

## State Auto PEAK Series for Hospitality

| Coverages | Limit | Limit Basis | Premium |
|---|---|---|---|
| State Auto PEAK Series For Hospitality | | | $100.00 |
| Guest Property | $1,000/$10,000 | Per Guest/Per Occurrence | Included |
| Customer Reimbursement Expense | $10,000 | Per Occurrence | Included |
| Guest Relocation Expense | $10,000 | Per Occurrence /Per Policy Period | Included |
| | | Total Premium | $100.00 |

 **STATE AUTO** Insurance Companies

 Policy Number 10193457CP

## State Auto PEAK Series For Franchise

| Coverages | Limit | Limit Basis | Premium |
|---|---|---|---|
| State Auto PEAK Series For Franchise | | | $325.00 |
| Increase cost to repair per Franchise Agreement: | | | |
| Increase Limit for damaged property | Up to 25% additional | | Included |
| Increase Limit for undamaged property | Up to 25% additional | | Included |
| | | **Total Premium** | **$325.00** |

## Mortgageholders

| Location | Building | Order of Precedence | Name | Address |
|---|---|---|---|---|
| 1 | 1 | First Mortgagee | FIRST NIAGARA BANK | PO BOX 514, LOCKPORT, NY 14095 |
| 1 | 1 | Second Mortgagee | Fulton Bank | PO BOX 200061, KENNESAW, GA 30156-9246 |
| 1 | 1 | Third Mortgagee | LAFAYETTE | PO BOX 200061, KENNESAW, GA 30156 |
| 2 | 1 | First Mortgagee | Fulton Bank | PO BOX 200061, KENNESAW, GA 30156-9246 |
| 3 | 1 | First Mortgagee | AMERICAN BANK ISAOA | 4029 W. Tilghman Street, ALLENTOWN, PA 18104 |
| 8 | 1 | First Mortgagee | FIRST NIAGARA BANK | PO BOX 514, LOCKPORT, NY 14095 |
| 8 | 1 | Second Mortgagee | KEY BANK NATIONAL | 11501 OUTLOOK ST STE 300, LEAWOOD, KS 66211-1807 |

# Your Forms and Endorsements

| Number | Edition Date | Name |
|---|---|---|
| CP 00 10 | 10/12 | Building And Personal Property Coverage Form |
| CP 00 30 | 10/12 | Business Income (And Extra Expense) Coverage Form |
| CP 00 90 | 07/88 | Commercial Property Conditions |
| CP 01 40 | 07/06 | Exclusion Of Loss Due To Virus Or Bacteria |
| CP 04 11 | 09/17 | Protective Safeguards |
| CP 10 30 | 09/17 | Causes Of Loss - Special Form |
| CP 10 45 | 02/19 | Earthquake And Volcanic Eruption Endorsement (Sub-Limit Form) |
| CP 12 18 | 10/12 | Loss Payable Provisions |
| CP 99 93 | 10/90 | Tentative Rate |
| IL 01 66 | 09/07 | Pennsylvania Changes - Actual Cash Value |
| IL 01 72 | 09/07 | Pennsylvania Changes |
| IL 09 52 | 01/15 | Cap On Losses From Certified Acts Of Terrorism |
| SP 00 19 | 09/16 | Equipment And Technology Breakdown Coverage |
| SP 00 20 | 01/18 | Equipment And Technology Breakdown Schedule |
| SP 60 00 | 01/22 | State Auto PEAK Series for Property |
| SP 60 03 | 01/21 | State Auto PEAK Series for Franchises |

Issue Date: 07/10/2024
DECOV-CPP (12/18)

 

Case ID: 250500063
Agency 0002277



**Insurance Companies**



Policy Number : 10193457CP

| Number | Edition Date | Name |
|---|---|---|
| SP 60 11 | 01/18 | State Auto PEAK Series for Hospitality |
| SP 60 14 | 01/18 | State Auto PEAK Series for Crime |
| SP 60 15 | 01/21 | Business Income Actual Loss Sustained |

# Statement of Values

| Location # | Building # | Coverage | Limit | Full Value |
|---|---|---|---|---|
| 1 | 1 | Building | | $14,029,218 |
| 1 | 1 | All Personal Property | | $1,248,000 |
| 2 | 1 | Building | | $10,760,883 |
| 2 | 1 | All Personal Property | | $1,560,000 |
| 3 | 1 | Building | | $10,441,282 |
| 3 | 1 | All Personal Property | | $1,560,000 |
| 4 | 1 | Building | | $8,661,165 |
| 4 | 1 | All Personal Property | | $832,000 |
| 5 | 1 | Building | | $11,810,831 |
| 5 | 1 | All Personal Property | | $520,000 |
| 6 | 1 | Building | | $13,520,000 |
| 6 | 1 | All Personal Property | | $1,248,000 |
| 7 | 1 | Building | | $13,000,000 |
| 7 | 1 | All Personal Property | | $1,248,000 |
| 8 | 1 | Building | | $11,037,630 |
| 8 | 1 | All Personal Property | | $1,560,000 |

 Total Limit  Total Value



Case ID: 250500063

Agency 0002277

 **STATE AUTO** Insurance Companies

 Policy Number 10193457CP

# Commercial Inland Marine Declarations

## Premium Summary by Coverage

| Coverages | Premium |
|---|---|
| Contractors' Equipment | |
| Small Tools Floater | $158.00 |
| Leased or Rented Equipment | $75.00 |
| PEAK Series for Contractors' Equipment | $150.00 |
| Electronic Data Processing | |
| Computer Coverage | $2,500.00 |
| Miscellaneous Floaters | |
| Scheduled Property Floater | $707.00 |
| Total Premium | $3,590.00 |

## Location Details

| Location # | Location Address |
|---|---|
| 1 | Staybridge Suites |

# Your Forms and Endorsements

| Number | Edition Date | Name |
|---|---|---|
| CL 01 00 | 03/99 | Common Policy Conditions |
| CL 01 24 | 10/06 | Amendatory Endorsement - Pennsylvania |
| CL 06 00 | 01/15 | Certified Terrorism Loss |
| CL 06 05 | 01/15 | Certified Terrorism Loss Disclosure Of Premium And Federal Share Of Insured Losses |
| CL 07 00 | 10/06 | Virus or Bacteria Exclusion |
| IM 20 77 | 09/08 | Amendatory Endorsement - Pennsylvania |
| IM 70 03 | 04/04 | Contractors' Equipment Coverage - Small Tools Floater |
| IM 70 04 | 04/04 | Contractors' Equipment Coverage - Leased Or Rented Equipment Form |
| IM 70 08 | 01/12 | Schedule Of Coverages - Contractors' Equipment - Small Tools Floater |
| IM 70 09 | 01/12 | Schedule Of Coverages - Contractors' Equipment Coverage - Leased Or Rented Equipment |
| IM 70 25 | 01/12 | Additional Coverages Endorsement |
| IM 70 38 | 01/12 | Continuing Rental Or Lease Payments |
| IM 72 01 | 10/02 | Computer Coverage |
| IM 72 06 | 01/12 | Computer Coverage - Schedule Of Coverages |



 Insurance Companies

 

| Number | Edition Date | Name |
|---|---|---|
| IM 75 00 | 10/09 | Scheduled Property Floater |
| IM 75 06 | 01/12 | Schedule Of Coverages - Scheduled Property Floater |
| SM 60 00 | 05/21 | Peak Series For Contractor's Equipment |

**Notices**

| Number | Edition Date | Name |
|---|---|---|
| ML 01 20 | 03/99 | Insurance Consultation Services Exemption Act - Notice |



Policy Number: 1019345767

# This page is intentionally left blank

Case ID: 250500063

**AAIS**
**IM 7506 01 12**
**Page 1 of 4**

# SCHEDULE OF COVERAGES
## SCHEDULED PROPERTY FLOATER

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages".)

## COVERED PROPERTY

| Item No. | DESCRIBED PROPERTY | "Limit" |
|---|---|---|
| 12 | 1996 Vanco Trailer incl Personal Property S/N 1VVVW532T1010845 | $17,200 |
| 13 | 1992 Hale Trailer incl Personal Property S/N 4089577 | $2,750 |
| 14 | 40 Foot Container s/n 4038 | $6,000 |
| 15 | 40 Foot Container s/n 6054 | $6,000 |

### COVERAGE EXTENSIONS

| | |
|---|---|
| Additional Debris Removal Expenses | $5,000 |

### SUPPLEMENTAL COVERAGES

| | |
|---|---|
| Newly Acquired Property | $15,000 |
| Pollutant Cleanup And Removal | $10,000 |

Copyright, American Association of Insurance Services, Inc., 2012

Case ID: 250500063

**AAIS**
**IM 7506 01 12**
**Page 2 of 4**

## DEDUCTIBLE AND COINSURANCE

### DEDUCTIBLE

Deductible Amount                               $ 1,000

### COINSURANCE

[ ]  Not Applicable

[ ] 80%         [ ] 90%         [X] 100%         [ ] Other ____%

### ADDITIONAL INFORMATION

IM 7506 01 12

Copyright, American Association of Insurance Services, Inc., 2012

Case ID: 250500063

**AAIS**
**IM 7506 01 12**
**Page 3 of 4**

# SCHEDULE OF COVERAGES
## SCHEDULED PROPERTY FLOATER

## COVERED PROPERTY(Continued)

| Item No. | DESCRIBED PROPERTY | "Limit" |
|---|---|---|
| 16 | 2020 Container A02323 s/n 114483-8 | $6,500 |
| 17 | Container s/n 406753-4 | $5,850 |
| 18 | 2020 Make Container S/N ITXU 404017-0 | $9,000 |
| 19 | 2020 Make Container S/N ITXU-404001-4 | $9,000 |
| 20 | 2008 Make COntainer S/N 613302 | $6,250 |
| 21 | 2011 Container Trailer S/N 600170-0 | $6,950 |

Copyright, American Association of Insurance Services, Inc., 2012

Case ID: 250500063

This page is intentionally left blank

Case ID: 250500063